JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS SALAZAR JUAREZ,** | Case No. SA CV 14-00975-VBF-PJW |
| **Petitioner,** | **FINAL JUDGMENT** |
| v. | |
| JOHN N. KATAVICH (WARDEN), | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas Corpus Petition with Prejudice for Lack of Merit, Directing the Entry of Separate Final Judgment, Denying a Certificate of Appealability, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Luis Salazar Juarez.**

DATED:    May 17, 2016

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge